# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAPHNE A. COPELAND, | ) Case No. 1:09-cv-1939-JLT |
| Plaintiff, | ) ORDER OF DISMISSAL |
| vs. | ) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

Based upon the parties' Stipulation to Dismiss, IT IS HEREBY ORDERED that the matter is **DISMISSED** without prejudice. The parties will bear their own costs.

IT IS SO ORDERED.

Dated: __**June 18, 2010**__                    __/s/ Jennifer L. Thurston__
                                                                    UNITED STATES MAGISTRATE JUDGE